# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| **JOHN DESLATTE** | **CIVIL ACTION NO. 04-2038** |
| **-vs-** | **JUDGE LITTLE** |
| **JO ANNE B. BARNHART,**<br>**COMM OF SOCIAL SECURITY** | |

## JUDGMENT

Before the court is a report and recommendation of the magistrate recommending that the final decision of Jo Anne B. Barnhart, Commissioner of Social Security ("Commissioner") with respect to appellant John Deslatte ("Deslatte"), be vacated and remanded to the Commissioner for further proceedings. The Commissioner has not timely filed an objection.[1] After full record review, this court adopts the reasoning and conclusion of the magistrate.

Accordingly, Deslatte's appeal of the denial of his application for Supplemental Security Income benefits under the Social Security Act is GRANTED. Therefore, the final

---

[1] If there are no specific objections to the magistrate's report and recommendation, the district court is to review it for findings and conclusions that are either clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). The district court is not required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000); Koetting v. Thompson, 995 F.2d 37, 40 (5th Cir. 1993).

decision of the Commissioner is VACATED, and this case is hereby REMANDED to the Commissioner for further proceedings consistent with the report.

Alexandria, Louisiana

11 October 2005

_____
F.A. LITTLE
UNITED STATES DISTRICT JUDGE