

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN DESLATTE | CIVIL ACTION NO. 04-2038 |
| -vs- | JUDGE LITTLE |
| JO ANNE BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY | |

### JUDGMENT

Before the court is a report and recommendation of the magistrate [#13] suggesting that the motion for attorney's fees filed by John Deslatte ("Deslatte") on 9 January 2006 [#11] be granted. The Commissioner has not filed a timely objection to the magistrate's report.[1] After review, this court adopts the reasoning and conclusions of the magistrate.

Accordingly, Deslatte's motion for attorney's fees is GRANTED in the amount of $2,641.50.

Alexandria, Louisiana

27 February 2006

F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] If there are no specific objections to the magistrate's report and recommendation, the district court is to review it for findings and conclusions that are either clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).